1
2   JS-6
3
4
5
6
7
8              **UNITED STATES DISTRICT COURT**
9         **CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**
10

| 11 | MELISSA IRONI, previously known as MELISSA BILBOUL, | ) | Case No. CV13-09146 RGK (PLAx) |
|---|---|---|---|
| 12 | | ) | **ORDER UPON STIPULATION TO DISMISS THE ENTIRE CASE WITH PREJUDICE** |
| 13 | Plaintiff, | ) | |
| 14 | vs. | ) | |
| 15 | INTUIT, INC. LONG TERM DISABILITY COVERAGE FOR ALL ACTIVE FULL-TIME EMPLOYEES WHO ARE U.S. CITIZENS OR U.S. RESIDENTS OTHER THAN VICE PRESIDENTS AND ABOVE AND, TEMPORARY, AND SEASONAL EMPLOYEES; THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, | ) | |
| 20 | Defendants. | ) | |

21
22
23
24
25
26
27
28

LAW OFFICES
**MESERVE, MUMPER & HUGHES LLP**

0.0

1

Case No.  CV13-09146 RGK (PLAx)
ORDER UPON STIPULATION TO DISMISS
THE ENTIRE CASE WITH PREJUDICE

# ORDER

Based upon the stipulation of the Parties and for good cause shown,

IT IS HEREBY ORDERED that this action, Case No. CV13-09146 RGK (PLAx), is dismissed in its entirety as to all defendants, with prejudice.

IT IS HEREBY FURTHER ORDERED that each party shall bear its own attorneys' fees and costs in this matter.

IT IS SO ORDERED.

Dated: June 6, 2014

*Gary Klausner*

Hon. R. Gary Klausner
Judge, United States District Court

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

2

Case No. CV13-09146 RGK (PLAx)
ORDER UPON STIPULATION TO DISMISS
THE ENTIRE CASE WITH PREJUDICE